IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

XEZAKIA ROUSE,

    Petitioner,

v.                                         No. 11-cv-0405 JCH/SMV

ANTHONY ROMERO,

    Respondent.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**IT IS ORDERED, ADJUDGED, AND DECREED** that a status conference is hereby set for **December 13, 2012**, at **1:30 p.m.** Petitioner and Counsel for Respondent shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.

**IT IS FURTHER ORDERED** that Respondent Anthony Romero shall be responsible for making arrangements for Petitioner to have access to a reliable telephone line with long-distance access, if needed, so that Plaintiff is able to participate in the telephonic proceedings.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**