IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

XEZAKIA ROUSE,

    Petitioner,

v.     No. 11-cv-0405 JCH/SMV

ANTHONY ROMERO,

    Respondent.

## ORDER GRANTING MOTION TO WITHDRAW [DOCS. 91, 92, 98, 104]

THIS MATTER is before the Court on Petitioner's Motion for Order to Withdraw Petitioner[']s Motions in Documents # 91, 92, 98, and 104 [Doc. 112] ("Motion"), filed on March 12, 2012. Petitioner requests withdrawal of [Docs. 91, 92, 98, 104] "[f]or the interests of speedy resolution . . . and to assist the Court in clearing the docket." Motion [Doc. 112] at 1. The Court, being fully advised in the premises, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Petitioner's Motion for Order to Withdraw Petitioner[']s Motions in Documents # 91, 92, 98, and 104 [Doc. 112] is **GRANTED**. The Clerk shall withdraw [Docs. 91, 92, 98, 104] from the docket.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**